IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**TERRANCE LANG**                                                                     **PLAINTIFF**
ADC #151760

v.                              No. 3:24-cv-129-DPM

**WILLIAM F. STRAUGHN, Chief
Deputy, Deputy, Assistant Director,
Arkansas Division of Corrections;
THOMAS HURST, Warden (01),
Grimes Unit; CLAUDIA HARRIS,
Warden (02), Grimes Unit; JOHN C.
HAYNES, Building Major, Grimes
Unit; MICHAEL BAKER, Captain,
Grimes Unit; KENNY CANTRELL,
Captain, Grimes Unit; RICHARD E.
LEE, Lieutenant, Grimes Unit; and
MICHAEL B. ROBERTS, Corporal,
Grimes Unit**                                                                           **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's careful and thorough recommendation, *Doc. 4*, and overrules Lang's objections, *Doc. 5*.  Fed. R. Civ. P. 72(b)(3).  Strike recommended. 28 U.S.C. § 1915(g).  Any *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

-2-

So Ordered.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

10 September 2024

-2-