# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TERRANCE LANG**  **PLAINTIFF**
**ADC #151760**

v.  No. 3:24-cv-129-DPM

**WILLIAM F. STRAUGHN, Chief Deputy, Deputy, Assistant Director, Arkansas Division of Corrections; THOMAS HURST, Warden (01), Grimes Unit; CLAUDIA HARRIS, Warden (02), Grimes Unit; JOHN C. HAYNES, Building Major, Grimes Unit; MICHAEL BAKER, Captain, Grimes Unit; KENNY CANTRELL, Captain, Grimes Unit; RICHARD E. LEE, Lieutenant, Grimes Unit; and MICHAEL B. ROBERTS, Corporal, Grimes Unit**  **DEFENDANTS**

## JUDGMENT

Lang's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2024